## Janney *v.* Janney, Appellant.

Argued May 22, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

134

*Joseph D. Morelli,* for appellant.

*George E. Letchworth, Jr.,* for appellee.

PER CURIAM, June 30, 1944:

The order of the court below is affirmed on the opinion of President Judge GORDON, costs to be paid by the appellant.